1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

JAMES FICSHER,                                    )   1:05cv1533 AWI DLB
                                                  )
9                                                 )
                                                  )
10                        Plaintiff,              )   ORDER VACATING ORDER
                                                  )   REASSIGNING CASE
11            v.                                   )
                                                  )
12    JO ANNE B. BARNHART, Commissioner            )   (Document 15)
13    of Social Security,                          )
                                                  )
14                                                 )
                                                  )
15                        Defendant.               )
                                                  )
16    _____)

17            On August 30, 2006, the Court issued an order reassigning this case to the Magistrate

18    Judge.  However, the order was issued in error as it appears that Plaintiff has not consented to the

19    reassignment.  Accordingly, the August 30, 2006, order is VACATED.

20

21    IT IS SO ORDERED.

22    **Dated:     September 1, 2006**              _____/s/ Anthony W. Ishii_____
      0m8i78                                        UNITED STATES DISTRICT JUDGE
23

24
25
26
27
28

1