# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FICSHER, | **Old Case No. 1:05cv1533 AWI DLB** |
| | **New Case No. 1:05cv1533 DLB** |
| Plaintiff, | ORDER REASSIGNING CASE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

It appearing that pursuant to Eastern District General Order 345, all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck; and

1     3.     The new case number shall be 1:05cv1533 DLB.  All future pleadings shall be so
2         numbered.  Failure to use the correct case number may result in delay in your
3         documents being received by the correct judicial officer.

5  IT IS SO ORDERED.

6  **Dated:**   **September 13, 2006**            **/s/ Anthony W. Ishii**
   0m8i78                                               UNITED STATES DISTRICT JUDGE