# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FICSHER, | ) 1:05cv1533 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER GRANTING REQUEST |
| | ) TO EXTEND TIME |
| v. | ) |
| | ) (Document 20) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On September 29, 2006, the parties filed a stipulation regarding an extension of time for Plaintiff to file his confidential letter brief.[1]  Pursuant to the stipulation, Plaintiff had until October 13, 2006, to file his confidential letter brief.

IT IS SO ORDERED.

Dated:   **October 27, 2006**              /s/ **Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE

---

[1] For future stipulations to extend time, the parties are reminded to file a proposed order, and send a copy of the order to DLBOrders@caed.uscourts.gov.

1