McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FISCHER, ) | 1:05-cv-1533 DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from November 16, 2006 to December 15, 2006.

///

///

///

///

///

1

1  This is defendant's first request for an extension of time
2  to respond to plaintiff's confidential letter brief.  Defendant
3  needs to further review the file and prepare a response in this
4  matter.

5                                     Respectfully submitted,

7  Dated: November   , 2006         /s/ Timothy T. Flynn
8                                   (As authorized via facsimile)
                                    TIMOTHY T. FLYNN
9                                   Attorney for Plaintiff

10 Dated: November   , 2006         McGREGOR W. SCOTT
11                                  United States Attorney

13                                  /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
14                                  Assistant U.S. Attorney

19     IT IS SO ORDERED.

20     **Dated:   November 16, 2006**              **/s/ Dennis L. Beck**
   3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

2