McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building
2500 Tulare St., Ste 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FISCHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____) | 1:05-CV-1533 DLB <br><br> STIPULATION AND ORDER <br> FOR REMAND PURSUANT TO <br> SENTENCE FOUR OF 42 U.S.C. <br> § 405(g), and <br><br> REQUEST FOR ENTRY OF JUDGMENT <br> IN FAVOR OF PLAINTIFF AND <br> AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

On remand, the Appeals Counsel will instruct an Administrative Law Judge to take the following action:

1.  Re-evaluate the credibility of Plaintiff's subjective complaints in accordance with the regulations and Social Security Ruling 96-7p;

2.  Take into consideration the third-party testimony provided

by Plaintiff's friend; and,

    3.  Further consider Dr. England's opinion as it related to Plaintiff's pain, headaches, and blurred vision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: December 3, 2006       /s/ Timothy T. Flynn
                                      (As authorized via facsimile)
                                      TIMOTHY T. FLYNN
                                      Attorney for Plaintiff

Dated: December 4, 2006       McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB
                                      Assistant U.S. Attorney

    IT IS SO ORDERED.

**Dated:   December 8, 2006**        **/s/ Dennis L. Beck**
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE